**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>ROBERTO BELTRAN,<br><br>　　　　　　　　　　Defendant. | Case No.: 22-cr-02031-RSH<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C., Sec. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Certain Aliens and Aiding and Abetting (Felony) |

　　　The United States Attorney charges:

　　　On or about August 9, 2022, within the Southern District of California and elsewhere, defendant, ROBERTO BELTRAN, knowing and in reckless disregard of the fact that an alien, namely, Felix Martinez-Lopez, had come to, entered and remained in the United States in violation of law, did knowingly transport and move said alien and attempted to transport and move said alien, within the United States, in order to help said alien remain in the United States illegally; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II).

　　　DATED: 09/01/2022.

　　　　　　　　　　　　　　　　　　RANDY S. GROSSMAN
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　*Sean Van Demark*
　　　　　　　　　　　　　　　　　　SEAN VAN DEMARK
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

SMV:az:9/1/2022